**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| Chambers of<br>**Ellen Lipton Hollander**<br>District Court Judge | 101 West Lombard Street<br>Baltimore, Maryland 21201<br>410-962-0742 |

September 24, 2025

James O'Donohue, Esquire
DOJ, Assistant United States Attorney

     Re:    *United States of America v. Guerra Ramos, et al.*
            Criminal No.: ELH-25-0087

Dear Mr. O'Donohue:

    In reviewing the docket sheet for this case, I note that each defendant has had an initial appearance. Therefore, I ask the government to provide the Court with a status report, due by **October 3, 2025**.

    Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

                                              Sincerely,

                                            /s/
                                        Ellen Lipton Hollander
                                        United States District Judge