**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

Chambers of                                                                101 West Lombard Street
**Ellen Lipton Hollander**                                       Baltimore, Maryland 21201
District Court Judge                                                            410-962-0742

May 8, 2026

LETTER TO COUNSEL

      Re:    *United States of America v. Josue Anibal Guerra Ramos, et al.*
               Criminal No.:  ELH-25-00087

Dear Counsel:

      Pursuant to government counsel's status report of April 9, 2026 (ECF 117), the speedy trial deadline was set to expire on April 27, 2026.  Therefore, government counsel is directed to submit a status report by **May 15, 2026.**

                             Sincerely,

                             /s/

                             Ellen Lipton Hollander
                             United States District Judge

ELH/kw